1  Abran E. Vigil
   Nevada Bar No. 7548
2  Lindsay Demaree
   Nevada Bar No. 11949
3  Maria A. Gall
   Nevada Bar No. 14200
4  Kyle A. Ewing
   Nevada Bar No. 14051
5  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
6  Las Vegas, Nevada 89106
   Telephone: (702) 471-7000
7  Facsimile: (702) 471-7070
   vigila@ballardspahr.com
8  demareel@ballardspahr.com
   gallm@ballardspahr.com
9  ewingk@ballardspahr.com

10 *Attorneys for JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A. <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CASA PALERMO 20N HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and FARANAK PANAHBARHAGH, an individual. <br><br> Defendants. | Case No. 2:17-cv-00342-GMN-VCF <br><br> **JPMORGAN CHASE BANK, N.A.'S MOTION FOR REMOVAL FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross-Claimant, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A. and FARANAK PANAHBARHAGH, an individual, <br><br> Counter/Cross-Defendants. | |

DMWEST #17121290 v1

Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through its counsel of record, hereby moves for removal of Russell Burke, Esq., and Holly A. Priest, Esq., from the electronic service list. Chase will continue to be represented by Abran E. Vigil, Lindsay Demaree, Maria Gall, and Kyle Ewing of Ballard Spahr LLP in this case.

Documents are no longer to be served by electronic means to the following person:

Russell Burke: burker@ballardspahr.com

Holly Priest: priesth@ballardspahr.com

Dated: October 12, 2017.

BALLARD SPAHR LLP

By: /s/ Lindsay C. Demaree
Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
Holly A. Priest, Esq.
Nevada Bar No.
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for JPMorgan Chase Bank, N.A.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-13-2017

DMWEST #17121290 v1

# CERTIFICATE OF SERVICE

I certify that on October 12, 2017, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **JPMORGAN CHASE BANK, N.A.'S MOTION FOR REMOVAL FROM ELECTRONIC SERVICE LIST** was filed via the Court's CM/ECF System and electronically served by the Court on all parties who have appeared.

/s/ C. Bowman
An Employee of Ballard Spahr LLP

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #17121290 v1