1  Abran E. Vigil
   Nevada Bar No. 7548
2  Maria A. Gall
   Nevada Bar No. 14200
3  Lindsay Demaree
   Nevada Bar No. 11949
4  Kyle A. Ewing
   Nevada Bar No. 14051
5  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
6  Las Vegas, Nevada 89106
   Telephone: (702) 471-7000
7  Facsimile: (702) 471-7070
   vigila@ballardspahr.com
8  gallm@ballardsphar.com
   demareel@ballardspahr.com
9  ewingk@ballardspahr.com

10 *Attorneys for JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CASA PALERMO 20N HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and FARANAK PANAHBARHAGH, an individual.<br><br>Defendants. | Case No. 2:17-cv-00342-GMN-VCF<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF/COUNTER-DEFENDANT JPMORGAN CHASE BANK, N.A. LEAVE TO AMEND ITS ANSWER TO DEFENDANT/CROSS-CLAIMANT SFR INVESTMENTS POOL 1, LLC'S COUNTERCLAIM** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A. and FARANAK PANAHBARHAGH, an individual,<br><br>Counter/Cross-Defendants. | |

Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR"), Defendant/Cross-Defendant Faranak Panahbarhagh, and Defendant Casa Palermo 20N Homeowners' Association (the "HOA") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree that, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, and in the interest of judicial economy, Chase may amend its Answer to SFR's Counterclaim to include an additional (sixteenth) affirmative defense.

Nothing in this stipulation shall be deemed to be a waiver of any claim or defense by any Party. Specifically, SFR in no way concedes that Chase's additional (sixteenth) affirmative defense is valid. Attached as **Exhibit A** is a copy of the Amended Answer.

[*Continued on the following page*]

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

Chase will file its Amended Answer to Counterclaim within 10 days of entry of this stipulation and order.

November 17, 2017.

| | |
|---|---|
| KIM GILBERT EBRON | BALLARD SPAHR LLP |
| By: /s/ Karen L. Hanks<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139-5974<br>Telephone: (702) 485-3300<br>Facsimile: (702) 485-3301 | By: /s/ Kyle A. Ewing<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Maria A. Gall<br>Nevada Bar No. 14200<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>Kyle A. Ewing<br>Nevada Bar No. 14051<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 |
| *Attorneys for SFR Investments Pool 1, LLC* | *Attorneys for JPMorgan Chase Bank, N.A.* |
| HALL, JAFFE & CLAYTON, LLP | BLUT LAW GROUP |
| By: /s/ Ahslie L. Surur<br>Ashlie L. Surur, Esq.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128 | By: /s/ Elliot S. Blut<br>Elliot S. Blut, Esq.<br>Nevada Bar No. 6570<br>300 S. 4th Street<br>Las Vegas, Nevada 89101 |
| *Attorney for Casa Palermo 20N Homeowners' Association* | *Attorney for Faranak Panahbarhagh* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 11-21-2017

IT IS HEREBY ORDERED that JPMorgan must file its amended answer on or before November 28, 2017.

3

DMWEST #17251696 v1