Abran E. Vigil, Esq.
Nevada Bar No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardsphar.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CASA PALERMO 20N HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and FARANAK PANAHBARHAGH, an individual.<br><br>Defendants. | Case No. 2:17-CV-00342-GMN-VCF<br><br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES BY 60 DAYS**<br><br>(First Request) |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A. and FARANAK PANAHBARHAGH, an individual,<br><br>Counter/Cross-Defendants. | |

DMWEST #17361969 v1

Pursuant to LR IA 6-1 and LR 26-4, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR"), Defendant Casa Palermo 20N Homeowners' Association ("Casa Palermo"), and Defendant Faranak Panabarhagh, by and through their respective counsel of record, stipulate and request that this Court extend discovery and dispositive motion deadlines in the above-captioned case for 60 days, to permit the parties to complete party depositions, and specifically the deposition of Chase, whose designated witness underwent significant surgery in December, from which she will not have recuperated until at least the end of January or beginning of February 2018. The parties have conferred and agree that this brief extension is the most reasonable way to complete discovery in this case, including so that Chase's designated witness has sufficient time to attend to necessary medical treatment and recuperate before traveling to Las Vegas for her depositions in not only this action but numerous other lawsuits between Chase and SFR involving homeowners' association foreclosure sales.

This is the parties' first request for an extension to the scheduling order deadlines, which were submitted in compliance with LR 26-1. The parties make this request in good faith and not for purposes of delay.

A.  **Discovery Completed to Date**

To date, Chase has served the following discovery: its initial disclosure of documents and witnesses and its initial expert disclosure.

To date, SFR has served the following discovery: its initial disclosure of documents and witnesses and notice of Rule 30(b)(6) deposition of Chase and notice of deposition of Faranak Panabarhagh.

To date, Casa Palermo has served its initial disclosure of documents and witnesses.

To date, Faranak Panabarhagh has served her initial disclosure of documents and witnesses.

DMWEST #17361969 v1

Moreover, on December 18, 2017, the Parties filed their interim status report. *See* ECF No. 41.

B. <u>Specific Description of Discovery that Remains to be Completed</u>

SFR has noticed a Rule 30(b)(6) deposition of Chase for January 10, 2017. As discussed below, however, the parties seek to reschedule Chase's deposition to occur after the current discovery cutoff of February 16, 2018.[1] Chase plans to notice depositions of SFR, Casa Palermo, and non-party Alessi & Koenig, LLC. Chase and SFR are currently preparing written discovery to be served on each other. Chase is also preparing written discovery to be served on Casa Palermo.

C. <u>Good Cause Exists for the Requested Extension</u>

SFR has noticed Chase's deposition for January 10, 2018, but Chase's Rule 30(b)(6) designee is unavailable on this date because the designee will be recovering from a significant surgery she underwent in December. It is not known at this point when her doctor will clear her to fly again, and she may be unable to fly until the end of January or beginning of February 2018. The parties have met and conferred about rescheduling Chase's deposition in this and other similar lawsuits to the week of March 19, 2017. Although it is anticipated that Chase's designated witness should be able to fly by February 2018, the parties are unable to schedule her deposition in February as the witness will be testifying in numerous other lawsuits that month (the rescheduling of which was also necessitated by her surgery.)

This is the parties' first request to extend the discovery period in this case, and they seek the extension so that Chase's designated witness may have an opportunity to receive necessary medical treatment and recover from the same, which treatment and recovery were not anticipated at the time the parties filed their first proposed scheduling order. The parties have diligently engaged in discovery to date, met and

---

[1] The parties further reserve their rights to meet and confer and, if necessary, engage in motion practice regarding any discovery issues that may arise.

3

DMWEST #17361969 v1

conferred regarding the requested extension and scheduling of outstanding discovery items, and seek this extension in good faith.

D. <u>Proposed Discovery Deadlines</u>

The parties request an order extending the close of discovery, the deadline to file dispositive motions, and the deadline to file a pre-trial order by 60 days.

| Event | Current Deadline[2] | New Deadline |
|---|---|---|
| Close of Discovery | February 16, 2018 | April 16, 2018 |
| Dispositive Motions | March 19, 2018 | May 21, 2018 |
| Pre-Trial Order | April 18, 2018 | June 21, 2018 |

[*Continued on the following page*]

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

---

[2] *See* Scheduling Order, ECF No. 29.

This extension is not requested for purposes of delay and is reasonable and necessary given the good cause set forth above.

**IT IS SO STIPULATED.**

Dated: January 5, 2018

| | |
|---|---|
| KIM GILBERT EBRON | BALLARD SPAHR LLP |
| By: /s/ Diana S. Ebron<br>    Diana S. Ebron, Esq.<br>    Nevada Bar No. 10580<br>    Karen L. Hanks, Esq.<br>    Nevada Bar No. 9578<br>    Jacqueline A. Gilbert, Esq.<br>    Nevada Bar No. 10593<br>    7625 Dean Martin Drive, Ste 110<br>    Las Vegas, Nevada 89139-5974 | By: /s/ Maria A. Gall<br>    Abran E. Vigil, Esq.<br>    Nevada Bar No. 7548<br>    Maria A. Gall, Esq.<br>    Nevada Bar No. 14200<br>    Lindsay Demaree, Esq.<br>    Nevada Bar No. 11949<br>    Kyle A. Ewing, Esq.<br>    Nevada Bar No. 14051<br>    1980 Festival Plaza Drive, Suite 900<br>    Las Vegas, Nevada 89135 |
| *Attorneys for SFR Investments Pool 1, LLC* | *Attorneys for JPMorgan Chase Bank, N.A.* |
| HALL JAFFEE & CLAYTON, LLP | BLUT LAW GROUP, APC |
| By: /s/ Ashlie L. Surur<br>    Ashlie L. Surur, Esq.<br>    Nevada Bar No. 11290<br>    7425 Peak Drive<br>    Las Vegas, Nevada 89128 | By: /s/ Elliot S. Blut<br>    Elliot S. Blut, Esq.<br>    Nevada Bar No. 6570<br>    300 S. 4th Street<br>    Las Vegas, Nevada 89101 |
| *Attorneys for Casa Palermo 20N Homeowners' Association* | *Attorneys for Faranak Panahbarhagh* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-5-2018

DMWEST #17361969 v1