# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

JPMORGAN CHASE BANK, N.A.,

    Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, *et al.*,

    Defendants.

2:17-cv-00342-GMN-VCF

**ORDER**

Before the Court is the Stipulation and Order to Stay Entire Case Pending Settlement (ECF No. 44).

Accordingly,

IT IS HEREBY ORDERED that the Stipulation and Order to Stay Entire Case Pending Settlement (ECF No. 44) is GRANTED in part and DENIED in part. This case will not be stayed. All pending discovery deadlines are VACATED.

IT IS FURTHER ORDERED that a status hearing is scheduled for 10:00 AM, May 22, 2018, in Courtroom 3D. If a proposed stipulation and order for dismissal is filed before May 21, 2018, then the status hearing on May 22, 2018 will be vacated.

DATED this 21st day of March, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE