Abran E. Vigil
Nevada Bar No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Dr. Suite 900
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Plaintiff/Counter-Defendant
JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A. <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CASA PALERMO 20N HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and FARANAK PANAHBARHAGH, an individual. <br><br> Defendants. | Case No. 2:17-cv-00342-GMN-VCF <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross-Claimant, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A. and FARANAK PANAHBARHAGH, an individual, <br><br> Counter/Cross-Defendants. | |

DMWEST #18085474 v1

1   Pursuant to Local Rules LR IA 6-1 and LR 26-4, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A ("Chase")., Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR"), Defendant Casa Palermo 20N Homeowners' Association ("Association"), and Defendant/Cross-Defendant Faranak Panahbarhagh ("Panahbarhagh"), through their respective undersigned counsel of record, stipulate as follows:

1. This action concerns title to real property commonly known as 17 Villa Marsala Court, Henderson, Nevada 89011 (the "Property") following a homeowner's association foreclosure sale conducted on April 24, 2013, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20090518-0002003 (the "Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties hereby stipulate and agree to the dismissal of all claims in this action, with prejudice, with each party to bear its own costs and fees.

4. Panahbarhagh disclaims any interest in the Property.

5. The Parties further stipulate and agree that the three Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 201402240000716, 201703290001395, and 201706280001035 be, and the same hereby are, EXPUNGED.

6. The Parties further stipulate and agree that the $500 in security costs posted by Chase on June 1, 2017 pursuant to this Court's Order [ECF No. 19] shall be discharged and released to the Ballard Spahr LLP Trust Account.

[*Continued on the following page*]

7. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder.

Dated: September 25, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Kyle A. Ewing<br>Abran E. Vigil, Esq.<br>Nevada Bar No. 7548<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>Lindsay Demaree, Esq.<br>Nevada Bar No. 11949<br>Kyle A. Ewing, Esq.<br>Nevada Bar No. 14051<br>1980 Festival Plaza Drive, Ste 900<br>Las Vegas, Nevada 89106 | By: /s/ Jacqueline A. Gilbert<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Ste 110<br>Las Vegas, Nevada 89139-5974 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |
| HALL JAFFEE & CLAYTON, LLP | BLUT LAW GROUP, APC |
| By: /s/ Ashlie L. Surur<br>Ashlie L. Surur, Esq.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128 | By: /s/ Elliot S. Blut<br>Elliot S. Blut, Esq.<br>Nevada Bar No. 6570<br>300 S. 4th Street<br>Las Vegas, Nevada 89101 |
| *Attorneys for Casa Palermo Homeowners' Association* | *Attorneys for Faranak Panahbarhagh* |

**IT IS SO ORDERED.**

Dated this  25  day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

3

DMWEST #18085474 v1